# BOND SCHOENECK & KING

10 Bank Street, Suite 1120 | White Plains, NY 10606 | **bsk.com**

**ANDREW J. DELZOTTO, ESQ.**
adelzotto@bsk.com
P: 914.306.6140
F. 646.253.2301

February 9, 2026

**VIA NYCEF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

February 9, 2026

> Re:    *Clear Blue Insurance Company v. Samsung Electronics America, Inc., et al*
> *7:25cv9459*

Dear Judge Karas,

My law firm, Bond Schoeneck & King PLLC, is Local Counsel for Plaintiff Clear Blue Insurance Company in this matter. I write pursuant to Your Honor's Individual Rules of Practice, Section I(C.) to respectfully request an adjournment of the Initial Conference, currently scheduled for 12:00 PM on February 13, 2026, to a later date. The reasons for this request are scheduling conflicts and allowing Plaintiff's Counsel, John Slattery of the law firm Crawford Slattery, sufficient time to obtain documents necessary for admission to this Court *pro hac vice*. No previous request for adjournment of this conference has been made. Both Defendants consent to this request.

Should you have any questions or concerns, please feel free to contact my office. Thank you for your attention to this matter.

Respectfully submitted,

*The Court is happy to grant a temporary pro hac vice application on Friday so the conference can go forward.*

BOND, SCHOENECK & KING, PLLC

*[signature]*

So Ordered

*[signature]*

2/9/26

Andrew J. Delzotto

AJD/dd

cc:    All Counsel of Record

22986413.v3-2/9/26

Attorneys At Law | A Professional Limited Liability Company