Case 7:25-cv-09459-KMK-VR Document 43 Filed 11/05/26 Page 1 of 2

HSE
Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS
WWW.HSELAW.COM

November 5, 2026

**Via CM/ECF**

Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re: **Clear Blue Insurance Company v. Samsung Electronics America, Inc. et al.**
**Case No. 7:25-CV-9459-KMK-VR**
**Request for Pre-Motion Conference**

Dear Judge Karas:

The Defendants Ice Pure, Inc. and Samsung Electronics America, Inc. collectively write in response to Your Honor's October 31, 2026 Order—which was entered November 2, 2026—in response to Defendant Ice Pure's October 30, 2026 request for a Pre-Motion Conference or, alternatively, a request for an extension of its expert-disclosure deadline. Your Honor directed that "Plaintiff is to respond to this letter by 11/4/26. No Extensions. In the meantime, Defendant's request for a 30-day extension of the expert disclosure deadline is granted." *See* Dkt. No. 41. The Plaintiff, Clear Blue Insurance Company, filed a letter response on November 4, 2026. *See* Dkt. 42.

The Defendants respectfully request a Pre-Motion Conference with Your Honor to discuss this matter considering Defendant Ice Pure's October 30, 2026 Request, Your Honor's November 2, 2026 Order, and the Plaintiff's November 4, 2026 letter response.

Respectfully submitted,

Patrick M. Tomovic
*/s/ Patrick M. Tomovic*
HARTER SECREST & EMERY LLP

Christine Emery
*/s/ Christine Emery*
P & K PARK LLP

Case 7:25-cv-09459-KMK-VR Document 43 Filed 11/05/26 Page 2 of 2



CC: (via e-mail and ECF)

Hon. Victoria Reznik, U.S.M.J.
John R. Slattery, Esq. - Jrs@crawfordslattery.com
Edward P. Hourhan, Esq. - Ehourihan@bsk.com

To the extent Defendant seeks remedies for alleged discovery deficiencies by Plaintiff, including potential dismissal of this Action, Defendant should seek relief in the first instance from Judge Reznik, who is supervising discovery.

So Ordered.

11/6/26