USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Clear Blue Insurance Company,**
Plaintiffs,

-against-

**Samsung Electronics America, Inc.,**
Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:25-cv-9459 KMK-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Discovery Conference (via telephone) is hereby scheduled for **November 19, 2026, at 11:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Discovery Conference, the parties should be prepared to discuss the following: **The parties should be prepared to discuss the issues raised in ECF No. 45.**

**SO ORDERED.**

DATED: White Plains, New York
November 9, 2026

VICTORIA REZNIK
United States Magistrate Judge